UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LA BOTA DEVELOPMENT | § | CASE NO. 10-20376 |
| COMPANY, INC. | § | |
| | § | |
| LAREDO ROCK TECH SAND AND | § | CASE NO. 10-20377 |
| GRAVEL, LP | § | |
| | § | JOINT ADMINISTRATION |
| Debtors. | § | UNDER CASE NO. 10-20376 |

**NOTICE OF CONTINUED CONFIRMATION HEARING**

PLEASE TAKE NOTICE that a hearing on the Confirmation of the Debtors' Joint Plan of Reorganization has been continued to **Monday, May 23, 2011 at 3:00 p.m.** before the Honorable Richard Schmidt, at 1133 N. Shoreline Blvd., Second Floor, Corpus Christi, Texas 78401. Parties may appear by telephone.

    Respectfully submitted,

    */s/ Simon Mayer*
    Wayne Kitchens    TBN 11541110
    wkitchens@hwa.com
    Steven Shurn    TBN 24013507
    sshurn@hwa.com
    Simon Mayer    TBN 24060243
    smayer@hwa.com
    HUGHESWATTERSASKANASE, LLP
    333 Clay Street, 29th Floor
    Houston, Texas 77002
    Tel: 713.759.0818
    Fax: 713.759.6834
    **COUNSEL FOR DEBTORS**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the *Notice of Continued Confirmation Hearing* was served via first class U.S. Mail, postage prepaid and/or by ECF upon the parties listed on the attached Service Lists on this the 18th day of April, 2011.

                                          */s/ Simon Mayer*
                                          Simon Mayer

**Debtor**
La Bota Development Company, Inc.
6911 Chessly Chase
Sugar Land, TX 77479

**U.S. Trustee's Office**
U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002

SEC Headquarters
100 F Street NE
Washington, DC 20549

Fort Worth Regional Office
Rose L. Romero
Burnett Plaza, Suite 1900
801 Cherry St., Unit 18
Fort Worth, TX 76102

**Parties in Interest**
A Discount Ministorage II, Ltd
7720 Westview Dr.
Houston, TX 77055

Airgas Southwest
P.O. Box 676031
Dallas, TX 75267-6031

AIS
P.O. Box 265
Barker, TX 77413

Albert F. Muller Jr.
c/o Harlin C. Womble
Jordan, Hyden, Womble, Culbreth & Holzer, P.C.
500 N. Shoreline, Ste. 900 N.
Corpus Christi, TX 78401
*Via ECF:*     ecf@jhwclaw.com
              ecf2@jhwclaw.com

America First Insurance
P.O. Box 66521
Saint Louis, MO 631066-6521

Anesthia Care Partner
6108 McPherson Rd.
Laredo, TX 78041-6177

Arguidegui Oil Co. II, Ltd.
P.O. Box 1367
Laredo, TX 78042

Arguidegui Oil Co. II, Ltd.
c/o Fernando D. Gutierrez, Jr.
Law Office of Fernando D. Gutierrez, Jr.
604 Matamoros Street
Laredo, TX 78040
*Via ECF:*     fdgtzlegal@stx.rr.com
              fernandodgutierr@stx.rr.com

Arie Salzman PA
P.O. Box 3537
Laredo, TX 78044

Ascending Technologies, Inc.
P.O. Box 450528
Laredo, TX 78045

Bank Midwest N.A.
c/o Keith M. Aurzada
John C. Leininger
Bryan Cave LLP
2200 Ross Avenue, Suite 3300
Dallas, TX 75201
*Via ECF:*  keith.aurzada@bryancave.com
           john.leininger@bryancave.com

Bill Hada & Associates
2808 Florence
Houston, TX 77009

Carranco & Lawson, P.C.
P.O. Box 3229
Laredo, TX 78044-3229

Castle Engineering & Testing
1216 Santa Maria Avenue
Laredo, TX 78040-4458

CenterPoint Energy
P.O. Box 4981
Houston, TX 77210-4981

City of Houston
Dept. of Public Works
P. O. Box 1560
Houston, TX 77251-1560

City of Laredo
c/o Laura L. Gomez
212 Flores Ave.
Laredo, TX 78040

Comcast
P.O. Box 660618
Dallas, TX 75266-0618

Daily Court Review
6807 Wynnwood Ln
Houston, TX 77008-5023

Dixie Watkins
11 Lynn Batts Lane, Ste. 110
San Antonio, TX 78218

Facility Solutions Group
P.O. Box 971492
Dallas, TX 75397-1492

First National Bank
c/o Peter E. Avots
Wood Boykin Wolter PC
615 Upper N Broadway, Ste. 1100
Corpus Christi, TX 78477
*Via ECF:* pea@wbwpc.com
ecfpavots@wbwpc.com

G & G Electrical Contractors
231 Coronado Ave.
Laredo, TX 78043

Gabriel Munoz
11118 Jackson Terrace
Corpus Christi, TX 78410

Gateway Air Conditioning
P.O. Box 440700
Laredo, TX 78045

Gexa Energy
P.O. Box 659410
San Antonio, Texas 78265-9410

Gexa Energy
P.O. Box 659410
San Antonio, TX 78265-9410

Greg Ebe
307 AF Muller Sr. Memorial Blvd.
Laredo, TX 78045

Harris County
c/o John Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
*Via ECF:* houston_bankruptcy@publicans.com

Holt - Cat
3302 South WW White Rd.
San Antonio, TX 78222

Holt Texas Ltd
3302 S.W.W. White Road
P.O. Box 207916
San Antonio, TX 78220-7916

IPE Aggregate LLC
P.O. Box 52207
McAllen, TX 78505

Integrated Vehicle Leasing Inc.
c/o Leslie A. Berkoff
Moritt, Hock, Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, NY 11530
*Via ECF:* lberkoff@moritthock.com

John Curiel d/b/a Bay Area Realty
1205 Vance Dr.
Corpus Christi, TX 78412

Julio Cesar Aranda
Zafino 2809 Combres 3er Sec
Monterrey, Nuevo Leon
**Mexico**

Laredo Community College
c/o George R. Meurer
Sigifredo Perez, III
Kazen, Meurer & Perez
211 Calle Del Norte, Ste. 200
P.O. Box 6237
Laredo, TX 78042

Laredo Discount Metal
10116 FM 1472
Laredo, TX 78045

Laredo Medical Center
1700 E. Saunders
Laredo, TX 78041

M.L. Deer Companies
c/o Michael J. Smith
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, TX 77027
*Via ECF: msmith@csrslaw.com*

Maria & Roberto Gomez
624 Ovenbird Thicket
Laredo, TX 78045

Maribel Mata
2802 Salinas
Laredo, TX 78040

Mariposa Group LLC
6911 Chessly Chase
Sugar Land, TX 77479

Medical Imaging Diagnostic
7614 Laguna Del Mar Ct. #83
Laredo, TX 78041-3472

Medical Revenue Services
645 Walnut Street, Ste. 5
Gadsden, AL 35902

Monitronics Funding LP
Dept. Ch 8628
Palatine, IL 60055-8628

Nueces County
c/o John Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
*Via ECF: houston_bankruptcy@publicans.com*

Nueces Electric Coop
P.O. Box 1032
Robstown, TX 78380-1032

Nueces Power Equipment
P.O. Box 4789
Corpus Christi, TX 78469

Ozarka (Nestle Waters)
P.O. Box 856680
Louisville, KY 40285-6680

Premier Civil Engineering
P.O. Box 452048
Laredo, TX 78045

Premium Financing
5316 Hwy 290 W., Ste. 310
Austin, TX 78735

Pronote, Inc.
P.O. Box 2847
Houston, TX 77252-2847

RAWS Corp
15602 Northwest Blvd., Ste. H
Robstown, TX 78380-5932

Sage Group
6106 Broadway Street
San Antonio, TX 78209

Sample Enterprises, Inc.
3020 E. Locust
Laredo, TX 78043

San Antonio MTA, LP d/b/a Verizon Wireless
180 Washington Valley Road
Bedminster, New Jersey 97921

Schneider National Carriers, Inc.
3101 South Packerland Drive
Green Bay, WI 54306

Sherfey Engineering
c/o Richard E. Haynes, II
Attorney at Law
Trevino, Valls & Haynes, LLP
6909 Springfield Ave., Suite 200
Laredo, TX 78041
*Via ECF:* rhaynes@tvhlawfirm.com

Spark Energy
2105 Citywest Blvd., Ste. 100
Houston, TX 77042

StarTex Power
P.O. Box 4802
Houston, TX 77210-4802

Terracon
18001 W. 106th St., Ste. 300
Olathe, KS 66061-6447

Time Warner Cable
P.O. Box 650047
Dallas, TX 75265-0047

United Independent School District
c/o Sylvia M. Ornelas
Mario A. Castillo, Jr.
Ornelas, Castillo & Ornelas, PLLC
401 East Hillside Rd., 2nd Floor
Laredo, TX 78041
*Via ECF:* oco_tax@hotmail.com

Virginia C. Muller
c/o Harlin C. Womble
Jordan, Hyden, Womble, Culbreth & Holzer, P.C.
500 N. Shoreline, Ste. 900 N.
Corpus Christi, TX 78401
*Via ECF:*   ecf@jhwclaw.com
             ecf2@jhwclaw.com

Waste Management
P.O. Box 660345
Dallas, TX 75266-0345

Webb County Tax Assessor
c/o Maria Elena Morales
1514 Victoria, Suite 1
Laredo, TX 78040
*Via ECF:* memlaw@sbcglobal.net

Westel
P.O. Box 203574
Austin, TX 78720-3130

Wilson Cribbs & Goren
2500 Fannin St.
Houston, TX 77002-9116

Xerox Capital Services, LLC
P.O. Box 802567
Chicago, IL 60680-2567

**Parties Requesting Notice**
Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
The Terrace II,
2700 Via Fortuna Dr., Ste. 400
P.O. Box 17428
Austin, TX 78760-7428
*Via ECF:* austin.bankruptcy@publicans.com

**Debtor**
Laredo Rock Tech Sand & Gravel, LP
6911 Chessly Chase
Sugar Land, TX 77479

**U.S. Trustee's Office**
U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002

**Parties in Interest**
Airgas Southwest
P.O. Box 676031
Dallas, TX 75267-6031

Albert F. Muller Jr.
307 AF Muller Sr. Memorial Blvd.
Laredo, TX 78045

Albert Muller
307 AF Muller Sr. Memorial Blvd.
Laredo, TX 78045

Bank Midwest N.A.
1100 Main, Suite 250
Kansas City, MO 64105

Border Fire & Safety Co.
131 Allen Dr.
Laredo, TX 78045

Carranco & Lawson, P.C.
P.O. Box 3229
Laredo, TX 78044-3229

Carrillo & Associates
1219 Clark Blvd.
Laredo, TX 78040-3413

Castle Engineering & Testing, LLC
1216 Santa Maria Avenue
Laredo, TX 78040

G & G Electrical Contractors
231 Coronado Ave.
Laredo, TX 78043

Holt - Cat
P.O. Box 911975
Dallas, TX 75391-1975

IPE Aggregate LLC
P.O. Box 52207
McAllen, TX 78505

La Bota Development Company, Inc.
6911 Chessly Chase
Sugar Land, TX 77479

Loadrite East Texas
5051 Gordon Smith Drive
Rowlett, TX 75088

McCourt & Sons Equip, Inc.
P.O. Box 247
La Grange, TX 78945

Orozco, Inc.
7200 Santa Maria Ave.
Laredo, TX 78041-2245

Peter Venegas, Inc. dba STWS
P.O. Box 451804
Laredo, TX 78045

Premier Engineering, LLC
1505 Calle del Norte, Suite 220
Laredo, TX 78045

Sprint
P.O. Box 8077
London, KY  40742

Sprint
P.O. Box 660075
Dallas, TX 75266-0075

Texas Commission on Environment Quality
P.O. Box 13089
Austin, TX 78711-3089

Virginia C. Muller
307 AF Muller Sr. Memorial Blvd.
Laredo, TX 78045

Waukesha Pearce Industries
PO Box 2179
Edinburg, TX 78540

**Parties Requesting Notice**
Keith M. Aurzada
John C. Leininger
Bryan cave LLP
2200 Ross Avenue, Suite 3300
Dallas, TX 75201
*Via ECF: keith.aurzada@bryancave.com*
*john.leininger@bryancave.com*

Michael J. Smith
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, TX 77027
*Via ECF: msmith@csrslaw.com*

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
The Terrace II,
2700 Via Fortuna Dr., Ste. 400
P.O. Box 17428
Austin, TX 78760-7428
*Via ECF: austin.bankruptcy@publicans.com*

Maria Elena Morales
1514 Victoria, Suite 1
Laredo, TX 78040
*Via ECF: memlaw@sbcglobal.net*

Richard E. Haynes, II
Attorney at Law
Trevino, Valls & Haynes, LLP
6909 Springfield Ave., Suite 200
Laredo, TX 78041
*Via ECF: rhaynes@tvhlawfirm.com*

Sherfey Engineering
104 Del Court
Laredo, TX 78041

Harlin C. Womble
Jordan, Hyden, Womble, Culbreth & Holzer, P.C.
500 N. Shoreline, Ste. 900 N.
Corpus Christi, TX 78401
*Via ECF: ecf@jhwclaw.com*
*ecf2@jhwclaw.com*

Fernando D. Gutierrez, Jr.
Law Office of Fernando D. Gutierrez, Jr.
604 Matamoros Street
Laredo, TX 78040
*Via ECF: fdgtzlegal@stx.rr.com*
*fernandodgutierr@stx.rr.com*

George R. Meurer
Sigifredo Perez, III
Kazen, Meurer & Perez
211 Calle Del Norte, Ste. 200
P.O. Box 6237
Laredo, TX 78042

La Bota Development Company, Inc./Laredo Rock Tech Sand & Gravel, LP.
Executory Contracts

A Discount Mini Storage, Co.
12835 East Freeway
Houston, TX 77015

ADP EasyPay Houston
13141 Northwest Freeway
Houston, TX 77040

Advanced Integrated Security
P.O. Box 265
Barker, TX 77413

Albert, Ella M.
1718 Silverdale
Houston, TX 77029

Alcala, Mary M.
94 Dattner Rd.
Houston, TX 77013

Alegria, Annette
7422 Amarillo
Houston, TX 77020

Almendarez, Vivian Y.
10331 Broadstairs
Houston, TX 77013

American First Insurance
P.O. Box 6486
Carol Stream, IL 60197

Anderson, Jo D.
250 Uvalde Apt. 111
Houston, TX 77015

Antunez, Santos M.
10123 Fernstone
Houston, TX 77070

Ashraf, Mohammed
5145 Silver Creek #189
Houston, TX 77017

Baird, Jeanette
451 Maxey Rd. #2112
Houston, TX 77013

Barkley, Hector G.
19506 Hwy. 59 North, Suite 330
Humble, TX 77338

Barnes, Marjorie
14515 Morinscott Dr.
Houston, TX 77049

Barrera, George
5450 Lot b
Robstown, TX 77380

Batiz, Mario M.
12913 Ellen Lane
Houston, TX 77015

Beaudreault, Robert
8837 Laura Koppe
Houston, TX 77078

Beier, Joan M.
622 Maple Way
Houston, TX 77015-4338

Bernard, Artell A.
738 A Coolwood Drive
Houston, TX 77013

Bowers, Bobbie J.
12220 Falcon #34
Houston, TX 77015

Bravo, Jacquelyn (Jackie) S.
14242 Darlwood Drive
Houston, TX 77049

Breslove, James
112 Amundsen
Houston, TX 77009

La Bota Development Company, Inc./Laredo Rock Tech Sand & Gravel, LP.
Executory Contracts

Bridges, Bryon
20930 H&R Rd.
Houston, TX 77073

Brown, Norma
14707 Leming Ct.
Houston, TX 77015

Brown, Jerry L.
6700 1/2 Winfree
Houston, TX 77087

Brown, Lawrence
10200 East Freeway, Suite #120
Houston, TX 77029

Brown, Michael D.
19703-B Hwy 59 P.O. B 506
Humble, TX 77338

Buclo, Jr., Santiago P.
2016 7th Street
Galena Park, TX 77547

Bullard, Karin
P.O. Box 260
Shreveport, LA 71162

Burch, Kenneth W.
13301 East Freeway Suite 225
Houston, TX 77015

Burns, Randy
928 Lawrence
Houston, TX 77008

Cabello, Arnulfo H.
13125 Chelton
Houston, TX 77015

Calda, Randal J.
230 Pecan Grove
Houston, TX 77013

Canales, Sara P.
P.O. Box 383
Galena Park, TX 77547

Carrizales, Diana L.
410 Exchange
Houston, TX 77020

Castillo, Julian J.
7229 Ave. C
Houston, TX 77011

Castro, Perla J.
8100 Stone Street #1710
Houston, TX 77061

Cena, Federico J.
5301 Jewel Street
Houston, TX 77026

Chevailer, Gale
2307 Hutton St.
Houston, TX 77026

Christian, Carol C.
794 Normandy St., Apt. 1516
Houston, TX 77015

Cobbs, Cathy
12913 Knollcrest
Houston, TX 77015

Cochran, Thomas G.
905 Ashland Blvd. #A
Channelview, TX 77530

Cole, Joy E.
7500  Bauman Rd.
Houston, TX 77022

Colemon, Derrick D.
1615 Lockwood Dr. Apt. 4
Houston, TX 77020

La Bota Development Company, Inc./Laredo Rock Tech Sand & Gravel, LP.
Executory Contracts

Conley, Angela C.
339  Shady Rock Ln.
Houston, TX 77015

Conley, Myra A.
339  Shady Rock Ln.
Houston, TX 77015

Contreras, Ana R.
16521 Cedar Street
Channelview, TX 77530

Crowder, Denise
5444 Riverview
Robstown, TX 77380

Curry, Roy L.
15306 Western Skies
Houston, TX 77086

Da Silva, Luiz
7530 Canal St. Apt. 29
Houston, TX 77012

Damian, Olivia
5538 Farmer St.
Houston, TX 77030

Drake, Mittle A.
4737 Providance
Houston, TX 77020

Dugger, Canaday, Grafe
111 Soledad, Suite 800
San Antonio, TX 78205

Edwards, Lyda M.
440 Johnson Creek Rd.
Jefferson, TX 75657

Elder, Randolph
4209 Hare
Houston, TX 77020

Elledge, Jerome D.
3002 Hyacinth St.
Houston, TX 77009

Emig, Robert W.
11510 Tilia
Houston, TX 77029

Ermel, Joey
5448 b Riverview
Robstown, TX 77380

Farias, Michael A.
5538 Farmer St.
Houston, TX 77020

Fernandez, Esperanza
5349 Lampasas
Houston, TX 77058

Fuentes, Leticia M.
7231 Ave C
Houston, TX 77011

Fuentes, Yolanda
8906 Woodlyn Rd.
Houston, TX 77078

Garcia, Carlos
10331 Broadstairs
Houston, TX 77013

Garcia, Enrique
10510 Fairfax
Jacinto, TX 77029

Garcia, Jose C.
1910 Harlem St.
Houston, TX 77020

Garcia, Maricela
6918 Denison Street
Houston, TX 77020

La Bota Development Company, Inc./Laredo Rock Tech Sand & Gravel, LP.
Executory Contracts

Garza, Patricia S.
501 East Jasmine Ave. #311
McAllen, TX 78501

Gonzales, Annette
622 Switzer
Houston, TX 77013

Gonzales, Raul R.
1210 Zuber Drive
Galena Park, TX 77029

Gonzales, Sarah A.
608 Grantham Rd.
Baytown, TX 77521

Gonzalez, Hugo R.
13125 East Freeway
Houston, TX 77015

Gonzalez, Maria L.
7926 Hudson St.
Houston, TX 77012

Gregory, David
5444a Riverview
Robstown, TX 77380

Griffith, Susana
1045 Evanston Street
Houston, TX 77015

Guajardo, Fredrico (Freddie)
184 Blackrock
Houston, TX 77015

Guerrero, Elizabeth G.
3626 San Pedro
Houston, TX 77013

Guillory, Sherry L.
333 Normandy Apt. 1002
Houston, TX 77015

Guzman, Maria D.
10426 Norvic
Houston, TX 77029

Hamilton, Jai D.
8703 Pattibob St.
Houston, TX 77029

Hardy, Adraine D.
13306 Granada
Houston, TX 77015

Harris, Jeffrey L.
12800 Woodforest #413
Houston, TX 77015

Harris, Ruth B.
P.O. Box 640823
Kenner, LA 70064-0823

Hawkins, Deborah
1407 Pleasantville Dr.
Houston, TX 77029

Heiskell, Chester C.
Attn: Strongtower Section
1325 Harper Rd.
Kerrville, TX 78025

Henry, Becky H.
12863 McNair
Houston, TX 77015

Herevia, SanJuana
1903 Daugherty
Houston, TX 77029

Hernandez, David
749 Evanston
Houston, TX 77015

Hernandez, Kristina M.
13455 Woodforest Apt. 97
Houston, TX 77015

La Bota Development Company, Inc./Laredo Rock Tech Sand & Gravel, LP.
Executory Contracts

Hernandez, Miosotis
14862 Easingwold Dr.
Houston, TX 77015

Hernandez, Pablo
835 Fair Oaks Rd. Apt 524
Houston, TX 77023

Heyde, Eric K.
30209 Oak Tree Drive
Georgetown, TX 78628

Hilton, Kwana M.
12769 Nimitz Apt. 130
Houston, TX 77015

Horton, Mary L.
P.O. Box 1225
Channelview, TX 77530

Howard, Jr., Dwight H.
226 Brookview St.
Houston, TX 77530

Integrated Vehicle Leasing
P.O. Box 390
New Hyde Park, NY 11040

Ishmel, Charles
6712 Della
Houston, TX 77039

Jackson III, Johnnie F.
9209 Clinton Dr.
Houston, TX 77029

Jackson, Annie M.
8410 Bucroft Apt A
Houston, TX 77029

Jefferson, Diane
P.O. Box 70772
New Orleans, LA 70172

Jenny, Stacey M.
250 Uvalde Rd. Apt. 58
Houston, TX 77015

Johnson, Ana
11511 West Bellfort Ave.
Houston, TX 77099

Johnson, Dwayne
13014 Leader St., Apt. 940
Houston, TX 77027

Jones, Brenda
12618 Enchanted Path Dr.
Houston, TX 77044

Juarez, Victor
5444b Riverview
Robstown TX 77380

Jumper, Ben
311 Burks Street
Bastrop, LA 71220

Knierim, George M.
6677 Hwy. 380 West
Jacksboro, TX 76458

Lacey, Felcia D.
8618 Fannette
Houston, TX 77029

Lang, Jr., Leon
12726 Fern Forest
Houston, TX 77044

Latham, Carl D.
15603 Brentwood Trlr. 13A
Houston, TX 77530

Leonard, Shirley A.
P.O. Box 15875
Houston, TX 77220-5875

La Bota Development Company, Inc./Laredo Rock Tech Sand & Gravel, LP.
Executory Contracts

Lina, Gary
12600 1/2 Greens Bayou
Houston, TX 77015

Littles, Cassandra R.
15116 Mesa Drive #222
Humble, TX 77396

Longoria, Roland M.
9730 Culebra
Houston, TX 77010

Luna, Celia G.
921 Evanston
Houston, TX 77015

Lusk, Doug
715 Brookview
Channelview, TX 77530

Luster, Ronald L.
318 W. Clay
Houston, TX 77019

Machuca, Daniel
4509 W. Cedar Bayou Lync
Baytown, TX 77521

Manzano, Carlos D.
5953 South Crest
Houston, TX 77033

Marquez, Rosalba C.
1330 Marwood St.
Houston, TX 77015

Martinez, Jose A.
842 Gazin
Houston, TX 77020

Martinez, Juan A.
14031 Nimitz St. TR #1
Houston, TX 77015

Martinez, Lawrence
13210 Rockglen St. #B
Houston, TX 77015-5805

Martinez, Maria O.
P.O. Box 9789
Houston, TX 77213-0789

Martinez, Rebeca G.
13327 Danshire Dr.
Houston, TX 77049

McCoy, John D.
927 Mercury Drive
Houston, TX 77029

McGuire, Crystal C.
317 Pennsylvania
Houston, TX 77029

McNabb, Marla
2714 Acacia Fair Lane
Fresno, TX 77545

Mellado, Gaston V.
19407 Rum River
Katy, TX 77449

Mendez, Ralph
14642 Kenny Street
Houston, TX 77015

Mendoza, Loreto L.
P.O. Box 15603
Houston, TX 77220

Mendoza, Ruban
5404 Pease
Houston, TX 77023

Merchant Bank
3000 Highwoods Blvd., Suite 120
Raleigh, NC 27604

La Bota Development Company, Inc./Laredo Rock Tech Sand & Gravel, LP.
Executory Contracts

Middleton, Tamara M.
267 Oryan Court
Houston, TX 77015

Mitchell, Joyce
11029 Verano
Houston, TX 77029

Morse, Rebecca S.
10227 Fleming
Houston, TX 77013

MTSI
3000 Highwoods Blvd., Suite 120
Raleigh, NC 27604

Myles, Richard C.
8646 Josie
Houston, TX 77029

Nagle, Patricia W.
10333 Chadwick
Houston, TX 77029

Netter, Sandra B
12202 Crystalwood
Houston, TX 77013

Newman, Dana R.
18231 Ammi Trail
Houston, TX 77060

Norris-DeVille, Gail D.
8182 Snowden
Houston, TX 77028

Nueces Electric Coop
P.O. Box 10323
Robstown TX 77380-1032

Oliva, Gilberto
3504 Steer Street
Indianapolis, IN 46222

Oliver, Mary C.
8918 Vine Arbor
Houston, TX 77033

Olivo, Sabino G.
11023 East Freeway
Houston, TX 77079

Ordas, Clark H.
P.O. Box 4042
Houston, TX 77210-4042

Ornelas, Esteban
12605 Kathryn Street
Houston, TX 77015

Ortiz, Gary P.
316 Kirbys Mill Drive
Modesto, CA 95358

Palacios, Virginia M.
1811 1/2 Hailey
Houston, TX 77020

Parker, Gilbert C.
8414 Broucroft St. Apt. B
Houston, TX 77028

Parker, Janet K.
227 Ballantrae Lane
Houston, TX 77015

Patton, Charlotte
P.O. Box 24081
Houston, TX 77229-4081

Payment Service Network
2901 International Lane
Madison, WI 53704

Perez, Juanita
14453 McNair
Houston, TX 77015

La Bota Development Company, Inc./Laredo Rock Tech Sand & Gravel, LP.
Executory Contracts

Perkins, Tamekla T.
7913 Safebuy
Houston, TX 77028

Porras, Refugia L.
8903 Talcott
Houston, TX 77049

Porras, Sylvia A.
8903 Talcott
Houston, TX 77049

Pradier, Marva R.
6220 Rand Street
Houston, TX 77026-3140

Premium Financing Specialist
P.O. Box 90819
Austin, TX 78709-0819

Ramakrishnan, Ram
10100 East Freeway - Suite 100
Houston, TX 77029

Reed, Betty
1009 Redondo
Houston, TX 77015-4345

Reedy, Doree E.
1409 Oak Hills Dr.
Graham, TX 76450

Reid, Bettye
2310 McDuffle Apt. 2
Houston, TX 77019

Renard, Nick (Relief Manager)
aaa
Aaa, TX AAA

Reyes, Fidel
10433 N. Oswego
Houston, TX 77029

Reyes, Ricardo
90 Uvalde #1707
Houston, TX 77015

Reza, Cynthia B.
7516 Texarkana
Houston, TX 77020

Rhodes, James
451 Maxey Rd. #4201
Houston, TX 77013

Robertson, Shavonne
1906 Makenna Lane
Houston, TX 77049

Robinson, Mary K.
12603 Woodforest Blvd. #201
Houston, TX 77015

Robinson, Pamela
3322 Yellowstone Blvd. #702
Houston, TX 77021

Robinson, William G.
10109 Munn
Jacinto, TX 77029

Rodriguez Jr., Juan
1833 Chamberlain
Houston, TX 77093

Rodriguez, Juan
1210 Zuber
Galena Park, TX 77547

Rodriguez, Kelly L.
799 Normandy #3101
Houston, TX 77015

Roos, Nicole L.
12701 Market Street
Houston, TX 77015

La Bota Development Company, Inc./Laredo Rock Tech Sand & Gravel, LP.
Executory Contracts

Rosas, Hector
3502 Cactus '
Houston, TX 77026

Russell, Anthony Q.
3915 Juniper Meadows Lane
Houston, TX 77053-4546

Saenz, John Andrew
5450 Riverview
Robstown, TX 77380

Salcido, Arthur
510 Maple Way
Houston, TX 77015

Sanchez, Jr., Miguel
23 Sentinel Place
The Woodlands, TX 77382

Sauceda, Sofia V.
12853 McNair
Houston, TX 77015

Segura, Cynthia A.
450 Normandy #520
Houston, TX 77015

Setzer, Mike B.
2706 Westside Dr.
Pasadena, TX 77502-4822

Sharp, William K.
6411 Grosbeak
Houston, TX 77018

Sheridan, Mary D.
P.O. Box 3069
Covington, LA 70434

Simpson, Leonard E.
1915 Makenna
Houston, TX 77049

Singley, Darryl W.
13207 Chelton
Houston, TX 77015

Smith, Clarence F.
12475 Woodforest Blvd. #2602
Houston, TX 77013

Solbo, Shelia A.
602 Grand Oaks
Houston, TX 77015

Solis, Mary R.
303 Port
Houston, TX 77020

Stevens, Lilly
12835 East Fwy.
Houston, TX 77015

Swayzer, Toloria J.
1227 Teal Street
Houston, TX 77029

Taylor, Finis Leroy
103 Andorra Lane
Houston, TX 77015

Tello, Josephine (Josie) G.
4700 Wichers Drive Suite 100
Marrero, LA 70072

Thibeaux, Theresa A.
9807 Ribbonwood
Houston, TX 77078

Ubias, Edward N.
14235 Nimitz St. Apt. 36
Houston, TX 77015

United Fire Group
P.O. Box 3244
Cedar Rapids, IA 52406-3244

La Bota Development Company, Inc./Laredo Rock Tech Sand & Gravel, LP.
Executory Contracts

Urban, Dennis T.
13331 Peoria
Houston, TX 77015

Vale, Jr., Robert
119 Woolworth
Houston, TX 77020

Wahl, Gail E.
12715 Gladden Drive
Houston, TX 77049

Walker, Claude E.
314 New Mexico St.
Houston, TX 77029

Walwyn, Debra A.
1902 Riane Ln.
Houston, TX 77049

Watkins, Audrey
13242 Vicksburg Ave.
Houston, TX 77015

Watkins, Nelda B.
16415 Woodrow St. Apt. 21
Channelview, TX 77530

White, Arthur
318 Arcadian Dr.
Crosby, TX 77532

Whiteside, Willie R.
5802 Gorman Dr.
Houston, TX 77049

Wilburn, Patricia H.
27094 Hwy 251
Elkmont, AL 35620

Wilson, Amy E.
P.O. Box 52864
Houston, TX 77052-2864

Wilson, Cornelius
902 Normandy St. #100
Houston, TX 77015-4920

ADP Payroll
13141 NW Freeway
Houston, TX 77040

American First Insurance
P.O. Box 6486
Carol Stream, IL 60197-6486

First Insurance Funding Corp.
450 Skokie Blvd., Suite 1000
P.O. Box 3306
Northbrook, IL 60065-3306

Hanover Insurance Company
P.O. Box 580045
Charlotte, NC 28258-0045